```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 05630
    JAMES M FORTUNE SR
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7097


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 02/18/2005 and was confirmed 04/04/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  48.69% from remaining funds.

    The case was dismissed after confirmation 05/05/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
----------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED             3611.61        133.55       3611.61
WELLS FARGO AUTO FINANCE  UNSECURED           4420.67          .00        1023.52
ILLINOIS DEPT OF REVENUE  PRIORITY              33.29          .00          33.29
INTERNAL REVENUE SERVICE  PRIORITY            2395.30          .00        2395.30
ASPIRE                    UNSECURED           1684.17          .00         389.93
BANKCARD SERVICES         UNSECURED         NOT FILED          .00            .00
BANKCARD SERVICES         UNSECURED         NOT FILED          .00            .00
CAPITAL ONE BANK          FILED LATE          1445.13          .00            .00
CAPITAL ONE               UNSECURED         NOT FILED          .00            .00
CROSS COUNTRY BANK        UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED           2399.10          .00         555.48
HOUSEHOLD CREDIT SERVICE  UNSECURED         NOT FILED          .00            .00
HOUSEHOLD FINANCE CORP    UNSECURED         NOT FILED          .00            .00
MARSHALL FIELDS           UNSECURED OTH      1266.91           .00         293.34
PROVIDIAN NATIONAL BANK   UNSECURED           4177.37          .00         967.19
SEARS ROEBUCK & CO        UNSECURED         NOT FILED          .00            .00
WELLS FARGO AUTO FINANCE  UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED           2022.97          .00         468.38
ECAST SETTLEMENT CORP     UNSECURED           6604.58          .00        1529.17
INTERNAL REVENUE SERVICE  UNSECURED            480.49          .00         104.22
ERNESTO D BORGES JR       DEBTOR ATTY         1,500.00                    1,500.00
TOM VAUGHN                TRUSTEE                                           747.51
DEBTOR REFUND             REFUND                                              7.51

    Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              13,760.00

PRIORITY                                  2,428.59
SECURED                                   3,611.61

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 05630 JAMES M FORTUNE SR
```

```
     INTEREST                                               133.55
UNSECURED                                                 5,331.23
ADMINISTRATIVE                                            1,500.00
TRUSTEE COMPENSATION                                        747.51
DEBTOR REFUND                                                 7.51
                                    ---------------  ---------------
TOTALS                                    13,760.00        13,760.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```